1 | Christopher B. Reich, Esq., Nev. Bar No. 10198
creich@washoeschools.net
2 | Neil A. Rombardo, Esq., Nev. Bar No. 6800
nrombardo@washoeschools.net
3 | Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
4 | Andrea L. Schulewitch, Esq., Nev. Bar No. 15321
andrea.schulewitch@washoeschools.net
5 | WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
6 | Reno, NV 89520-3425
Telephone: 775-348-0300
7 | Fax: 775-333-6010
Attorneys for Defendants Washoe County School District and Jackie James

9                    UNITED STATES DISTRICT COURT

10                   IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 11  CORY COOMBES, an individual, | |
| 12      Plaintiff, | |
| 13      vs. | CASE NO.: 3:22-cv-00368-ART-CLB |
| 14  WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; JACKIE JAMES, an individual; and DOES 1-10, inclusive, | **ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| 17      Defendant. | |

18      COMES NOW, Defendants Washoe County School District and Jackie James

19  (collectively referred to as Defendants) and Plaintiff Cory Coombes (Plaintiff), by and though

20  their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of

21  Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for Defendants' answer

22  or response to Plaintiffs' Complaint to November 7, 2022. This Stipulation is based on the

23  following:

24  ///

1

1. Plaintiff served his Complaint and Jury Demand (Complaint) (ECF No. 1) upon Defendant Washoe County School District on September 12, 2022 and upon Defendant Jackie James on September 21, 2022.

2. Due to the current workload of Defendants' attorneys and in order to align any deadlines that may be triggered by the filing of a responsive pleading, the Parties stipulate and agree to extend the deadline for Defendants' answer or response to Plaintiff's Complaint to allow 45-days to respond from the last date of service for all Defendants which was September 21, 2022. Therefore, the Parties stipulate and agree that Defendants should have through and including November 7, 2022 in which to answer or otherwise respond to the Complaint.

3. This Stipulation is made in good faith and is not for the purposes of delay.

///

///

///

4. This is the Parties' first request for extension of the scheduled discovery deadlines.

DATED this 27th day of September, 2022.                    DATED this 27th day of September, 2022.

HUTCHISON & STEFFEN, PLLC                                   OFFICE OF THE GENERAL COUNSEL
                                                            WASHOE COUNTY SCHOOL DISTRICT

By: /s/Jason D. Guinasso, Esq.                              By: /s/Christopher B. Reich, Esq.
   Jason D. Guinasso, Esq., Esq.                               Christopher B. Reich, Esq.
   Nev. Bar No. 8478                                           Nev. Bar No. 10198
   jguinasso@hutchlegal.com                                    creich@washoeschools.net
   Astrid A. Perez, Esq.                                       Neil A. Rombardo, Esq.
   Nev. Bar No. 15977                                          Nev. Bar No. 6800
   aperez@hutchlegal.com                                       nrombardo@washoeschools.net
   5371 Kietzke Lane                                           Sara K. Montalvo, Esq.
   Reno, Nevada 89511                                          Nev. Bar No. 11899
   Attorneys for Plaintiff                                     sara.montalvo@washoeschools.net
                                                               ANDREA L. SCHULEWITCH, ESQ.
                                                               Nevada Bar No. 15321
                                                               andrea.schulewitch@washoeschools.net
                                                               P.O. Box 30425
                                                               Reno, Nevada 89520-3425
                                                               Attorneys for Defendants Washoe
                                                                  County School District and Jackie
                                                                  James

IT IS SO ORDERED:

DATED: September 27, 2022                    _____
                                             UNITED STATES MAGISTRATE JUDGE

3