Christopher B. Reich, Esq., Nev. Bar No. 10198
creich@washoeschools.net
Neil A. Rombardo, Esq., Nev. Bar No. 6800
nrombardo@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
Andrea L. Schulewitch, Esq., Nev. Bar No. 15321
andrea.schulewitch@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendants Washoe County School District and Jackie James

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORY COOMBES, an individual, | |
| Plaintiff, | |
| vs. | CASE NO.: 3:22-cv-00368-ART-CLB |
| WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; JACKIE JAMES, an individual; and DOES 1-10, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** **(Second Request)** |
| Defendant. | |

COMES NOW, Defendants Washoe County School District and Jackie James (collectively referred to as Defendants) and Plaintiff Cory Coombes (Plaintiff), by and though their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for Defendants' answer or response to Plaintiffs' Complaint to November 21, 2022. This Stipulation is based on the following:

///

1

1. Plaintiff served his Complaint and Jury Demand (Complaint) (ECF No. 1) upon Defendant Washoe County School District on September 12, 2022 and upon Defendant Jackie James on September 21, 2022.

2. This Court previously, on September 27, 2022, granted an extension of time to respond to the Complaint to November 7, 2022 allow 45-days to respond from the last date of service for all Defendants which was September 21, 2022. (ECF No. 6)

3. Due to the current workload of Defendants' attorneys, the Parties stipulate and agree to again extend the deadline for Defendants' answer or response to Plaintiff's Complaint form November 7, 2022 to November 21, 2022.

4. This Stipulation is made in good faith and is not for the purposes of delay.

///

///

///

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

5. This is the Parties' second request for extension of the scheduled discovery deadlines.

DATED this 25th day of October, 2022.                  DATED this 25th day of October, 2022.

HUTCHISON & STEFFEN, PLLC                              OFFICE OF THE GENERAL COUNSEL
                                                        WASHOE COUNTY SCHOOL DISTRICT

By: /s/Astrid A. Perez, Esq.                           By: /s/Christopher B. Reich, Esq.
    Astrid A. Perez, Esq.                                  Christopher B. Reich, Esq.
    Nev. Bar No. 15977                                     Nev. Bar No. 10198
    aperez@hutchlegal.com                                  creich@washoeschools.net
    Jason D. Guinasso, Esq., Esq.                          Neil A. Rombardo, Esq.
    Nev. Bar No. 8478                                      Nev. Bar No. 6800
    jguinasso@hutchlegal.com                               nrombardo@washoeschools.net
    5371 Kietzke Lane                                      Sara K. Montalvo, Esq.
    Reno, Nevada 89511                                     Nev. Bar No. 11899
    Attorneys for Plaintiff                                sara.montalvo@washoeschools.net
                                                           ANDREA L. SCHULEWITCH, ESQ.
                                                           Nevada Bar No. 15321
                                                           andrea.schulewitch@washoeschools.net
                                                           P.O. Box 30425
                                                           Reno, Nevada 89520-3425
                                                           Attorneys for Defendants Washoe
                                                             County School District and Jackie
                                                             James

IT IS SO ORDERED:

DATED: 10/25/2022                                      _____
                                                       UNITED STATES MAGISTRATE JUDGE

3