Kevin A. Pick, Esq., Nev. Bar No. 11683
kevin.pick@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone:  775-348-0300
Fax:  775-333-6010
Attorneys for Defendants Washoe County School District and Jackie James

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORY COOMBES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; JACKIE JAMES, an individual; and DOES 1-10, inclusive,<br><br>    Defendant.<br>_____/ | CASE NO.: 3:22-cv-00368-ART-CLB<br><br>ORDER GRANTING<br><br>**MOTION TO EXEMPT A MEMBER OF THE BOARD OF TRUSTEES FROM PARTICIPATION IN EARLY NEUTRAL EVALUATION** |

Pursuant to this Court's March 1, 2023, Order Scheduling Early Neutral Evaluation Session (ECF No. 21), Defendant Washoe County School District (the "District" or "WCSD") respectfully requests an exception to the Early Neutral Evaluation Session attendance requirements for the attendance of a member of the Board of Trustees ("Board"). Defendant Jackie James, sued in her individual capacity, will be present at the Early Neutral Evaluation Session and represented by the undersigned. Moreover, in addition to the undersigned counsel, present on behalf of Defendant WCSD will be Dr. Seng-Dao Yang Keo, Deputy Superintendent, Ray Price, Deputy Chief of Police, and

Kate Schum, who will be functioning as risk manager for Defendant WCSD. Dr. Keo and Ms. Schum will have settlement authority up to a certain level and any amount in excess of their authority would require full Board approval, made during an open meeting. Since Dr. Keo and Ms. Schum will be in attendance at the Early Neutral Evaluation Session and since full Board approval would be required for any settlement in excess of their authority, the District hereby requests that a member of the Board of Trustees be exempted from attending the Early Neutral Evaluation Session scheduled for March 31, 2023. This request is made for the purpose of promoting judicial economy and saving time and expense for the parties.

DATED this 9th day of March, 2023.

WASHOE COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/Kevin A. Pick, Esq.
KEVIN A. PICK, ESQ.
Nevada Bar No. 11683
General Counsel
creich@washoeschools.net
SARA K. MONTALVO, ESQ.
Nevada Bar No. 11899
General Counsel
sara.montalvo@washoeschools.net
Washoe County School District
P.O. Box 30425
Reno, NV 89520-3425

Attorney for Defendants
WASHOE COUNTY SCHOOL DISTRICT
and Jackie James

IT IS SO ORDERED.

DATED: March 9, 2023.

_____
UNITED STATES MAGISTRATE JUDGE