# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CORY COOMBES, | Case No. 3:22-cv-00368-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING SUA SPONTE EXTENSION TO FILE A RESPONSE TO DEFENDANTS' MOTION REGARDING DISCOVERY DISPUTE** |
| WASHOE COUNTY SCHOOL DISTRICT, *et. al*., | |
| Defendants. | |

On August 9, 2023, Defendants filed a "Motion Regarding Discovery Dispute," (ECF No. 36), in compliance with the undersigned Magistrate Judge's Standing Order. (ECF No. 17.) Pursuant to the Standing Order, Plaintiff was required to file a response "no later than 2 court days after the initial motion" was filed. (*Id*. at 4.) Therefore, Plaintiff's response was due by no later than August 11, 2023. However, to date, Plaintiff has failed to file any response or opposition to Defendants' motion. Therefore, the Court *sua sponte* grants one extension to file a response or opposition to the motion by no later than **Thursday, August 17, 2023, at 5:00 p.m**. Failure to file a response or opposition to the motion by this date may result in the Court granting Defendants' motion, in its entirety, as unopposed. No further extensions of time will be granted.

**IT IS SO ORDERED.**

**DATED**: August 15, 2023.

_____
UNITED STATES MAGISTRATE JUDGE