Jason D. Guinasso, Esq. (SBN 8478)
GUINASSO LAW, LTD
5371 Kietzke Lane
Reno, Nevada 89511
Tel: (775) 527-4202
Fax: (775) 201-0530
guinassolaw@gmail.com

*Attorney for Plaintiff Cory Coombes*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CORY COOMBES, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, political subdivision of the State of Nevada; JACKIE JAMES, an individual; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:22-CV-00368<br><br>**ORDER GRANTING NOTICE OF CHANGE OF FIRM NAME, TELEPHONE AND EMAIL FOR JASON D. GUINASSO** |

PLEASE TAKE NOTICE that JASON D. GUINASSO, ESQ., the attorney for Plaintiff, CORY COOMBES, has moved to GUINASSO LAW, LTD. The contact information for Mr. Guinasso is:

> Jason D. Guinasso
> GUINASSO LAW, LTD
> 5371 Kietzke Lane
> Reno, Nevada 89511
> Telephone: (775) 527-4202
> Fax: (775) 201-0530
> Email: guinassolaw@gmail.com

///

It is respectfully requested that copies of all future pleadings, discovery and other related documents in the above-entitled matter be served upon the undersigned.

**AFFIRMATION**

The undersigned does hereby affirm that the preceding document filed in this court does not contain the social security number of any person.

DATED this 28th day of March, 2024.

        GUINASSO LAW, LTD.

        */s/ Jason D. Guinasso*
        Jason D. Guinasso, Esq. (SBN 8478)
        5371 Kietzke Lane
        Reno, Nevada 89511
        Tel: (775) 527-4202
        Fax: (775) 201-0530
        guinassolaw@gmail.com

        *Attorneys for Plaintiff Cory Coombes*

**IT IS SO ORDERED.**

**DATED:** March 28, 2024

_____
UNITED STATES MAGISTRATE JUDGE