**SHELBY L. WEBB – NSB # 16345**
swebb@rssblaw.com
**ROBISON, SHARP, SULLIVAN & BRUST**
71 Washington Street
Reno, Nevada 89503
Telephone:    775-329-3151
Facsimile:    775-329-7169

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORY COOMBS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, political subdivision of the State of Nevada; JACKIE JAMES, an individual; DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:22-CV-00368<br><br>**ORDER GRANTING MOTION/ NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Shelby L. Webb, Esq., formerly with Hutchison & Steffen, PLLC, is hereby disassociated from Hutchison & Steffen, PLLC as of March 1, 2024, as counsel of record in the above-entitled action and thus is no longer counsel of record for Plaintiff CORY COOMBS.

DATED: November 5, 2024.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

By: */s/ Shelby L. Webb*
        SHELBY L. WEBB

**IT IS SO ORDERED.**

**DATED:** November 5, 2024

UNITED STATES MAGISTRATE JUDGE