1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| CORY COOMBES, an individual, | Case No.: 3:22-cv-00368-ART-CLB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| WASHOE COUNTY SCHOOL DISTRICT, political subdivision of the State of Nevada; JACKIE JAMES, an individual; DOES 1-10, inclusive, | **STIPULATION FOR DISMISSAL OF CASE, WITH PREJUDICE** |
| Defendants. | |

14  IT IS HEREBY STIPULATED, by and between Plaintiff CORY COMMBES and
15  Defendants WASHOE COUNTY SCHOOL DISTRICT and JACKIE JAMES (hereinafter
16  referred to collectively as "the Parties"), by and though their respective counsel of record, that all
17  claims Plaintiff had or may have had against Defendants, that are contained in, reasonably related
18  to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice,
19  in their entirety.
20  ///
21  ///
22  ///
23  ///

1     Each party is to bear their own fees and costs.

2   DATED this 6th day of November, 2024.     DATED this 6th day of November 2024.

3   GUINASSO LAW, LTD.                    OFFICE OF THE GENERAL COUNSEL
                                                                WASHOE COUNTY SCHOOL DISTRICT

4

5   */s/ Jason D. Guinasso*                      */s/ Kevin A. Pick*
    _____        _____

6   Jason D. Guinasso, Esq. (8478)            Kevin A. Pick, Esq. (11683)
    5375 Kietzke Lane                             P.O. Box 30425

7   Reno, Nevada 89511                        Reno, Nevada 89520-3425
    Phone: (775) 993-8899                     Phone: (775) 348-0300
    jason@guinassolaw.com                  kevin.pick@washoeschools.net

8                                                                         sara.montalvo@washoeschools.net
    *Attorneys for Plaintiff*                       *Attorneys for Defendants*

9

10             **IT IS SO ORDERED:**

11

12   DATED: <u>November 14, 2024</u>                _____
                                                          ANNE R. TRAUM

13                                                           UNITED STATES DISTRICT COURT JUDGE